IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 JUN 11 A 9: 46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Robert Taylor AIS# 130135 )
Full name and prison number )
of plaintiff(s) )
 )
v. )
 )
Sidney William )
Robert Longshore )
Cynthia Dillard )
 )
 )
 )
 )
 )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

07-00289-CG-B

CIVIL ACTION NO. 2:05-CV-02418-RRA
(To be supplied by Clerk of
U.S. District Court)

2:07cv512-MEF

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

      3.    Docket number _____

      4.    Name of judge to whom case was assigned _____

_____

      5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

      6.    Approximate date of filing lawsuit _____

      7.    Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Fountain Correctional, Atmore, AL 36503_ (38DD)

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

_____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                              ADDRESS

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

_____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _____

_____

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The parole board members have denied my parole based upon my race of being African American, which has been a discriminating factor when compared with white race more candiate from their record Blacks are being denied.

GROUND TWO: The parole Board violated my 14 Amendment

SUPPORTING FACTS: The board has denied my parole three times, March 2004, March 2005, and March 2006, The court should view all past records of parolees denied and granted, compare the cases, years sentenced and determine whether the practice by the members was based upon race

GROUND THREE: 76-0293-WS-C

SUPPORTING FACTS:

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would have the court forbid this practice by ordering the board to comply with a new guideline that is Not discriminator Individual based upon race and to show causes for granting and denying parole

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  6-5-07
(Date)

Robert Taylor Robert Taylor
Signature of plaintiff(s)

4

Robert Taylor #130155-H1-30A
Bullock 5990
Union Springs, Ala. 36089

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Ala. 36101-0711

Sh. HS L. HTC Welding                                  DNA on
RP: Holiness                                           10/17/03 @ Sh.h.
Med: TBP
D.C: None      I Co. per him regular work detail

**ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM - DECEMBER 20, 2006**
============================ (COU122) ============================

```
AIS #: 00130155B    SSN: 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   RACE/SEX: B/M    DATE OF BIRTH: 07/10/1961
NAME: TAYLOR, ROBERT                   CUSTODY:  MED2   SECURITY LEVEL: 4
INST: FOUNTAIN CORRECTIONAL CENTER     TIME SRVD: 05Y02M14   LAST DISC: 09 24 2006
CRME: UNLAW BREAKING AND ENTERING VE   MIN REL DT: 01/12/2011  ACTIVE DET: 0
DISC: BEING IN AN UNAUTHORIZED AREA    PRL CONS:  03/01/2008  EDUCAT LEV: 07
```

Entered 1/17/07 fms

WL/PGM: _Hull Clnr 6-2_    PRIM OCCUP: LABORER - GENERAL

RECOMMENDED INSTITUTION: _Fountain C.C._    RECOMMENDED CUSTODY: _Min_

JUSTIFICATION: _Annual Review. No changes are being recommended due to MH code of "2". Need GED. Has participated in several MH workshops. UB:EV (4/5) entered vehicle, drove away. Bu. III (2/04). Burglary. Removed several weedeaters. UB:EV (30/96). Removed tool box from truck. Details on file. For these reasons remain at Fountain C.C. + Minimum custody is being recommended._

Last PR dtd 9/22/05 (unclass). Next A.S. App level IV, 10/24/02.

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED: 1-Bullock, 1-_____    APP. S/L: ____

_Unavailable_                        _[signature] 1/9/07_
CLASSIFICATION SPECIALIST    DATE    WARDEN OR DESIGNEE    DATE
                                     _[signature] 1/9/07_
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.  DATE   CLASSIFICATION COORDINATOR  DATE

CENTRAL REVIEW BOARD ACTION

__ APPROVED __ DENIED; DIVERTED TO: _____    REASONS: _____

                                              CRB MEMBER        DATE

__ APPROVED __ DENIED; DIVERTED TO: _____    REASONS: _____

                                              CRB MEMBER        DATE

__ APPROVED __ DENIED; DIVERTED TO: _____    REASONS: _____
                        D3-02J
                                              CRB MEMBER        DATE

FINAL DECISION: INST _FCC_ CUSTODY _Min_ DATE _____
DATE INMATE INFORMED: __1/9/07__   INMATE'S SIGNATURE: _/Robert Taylor_

# 24 HOUR ADVANCE NOTIFICATION OF
# PENDING RECLASSIFICATION

TO: Taylor, Robert          #130155B                BM                    5-1-07
    NAME                    AIS #                   R/S                   DATE

**Notice of Reclassification:** This is to inform you that on the 3rd day of May, 20 07, you will meet a reclassification team to be considered for change in custody and/or institutional assignment because:

inmate Robert Taylor was granted minimum custody on 1-9-07 and now has a Mental Health code of "2". Per Classification Manual, p. 28 - 4, "Inmates coded MH-2 and above and tose who have a Psychologival prediction of emotional instability as diagnosed by the institutional psychologist within the past six months maybe reason for placlemnt, or retention, in medium custody". For these reasons, a custody increase up to medium and an appropriate institution is being recommended..

This is not a disciplinary hearing. A reclassification team will review this matter and recommend changes, if needed, in your current placement and/or custody. At the reclassification meeting you will be given an opportunity to be heard, to present witnesses and to present documentary evidence.

P.B. [signature] CO                    5-1-07                    Arth. Harris CO
NAME OF SERVING OFFICER                DATE                      WITNESS

I understand that this is my notice of a reclassification meeting to determine changes in placement and/or custody. I have been given the opportunity to call witnesses in my behalf and have received a copy of this notice on   5-1-07                    at   4:45 pm                    .
         DATE                                                        TIME

                            Refused To Sign / P.B. [signature] CO
                            SIGNATURE OF INMATE              AIS #

WITNESSES REQUESTED BY INMATE:

_____                             Refused To Sign ___ NONE
_____                             P.B. [signature] CO

DISTRIBUTION: INMATE/INSTITUTIONAL FILE/CENTRAL FILE

```
MIME-Version:1.0
From:cmecf_ALND@alnd.uscourts.gov
To:ecfAdmin@alnd.uscourts.gov
Message-Id:<925395@alnd.uscourts.gov>
Bcc:armstrong_chambers@alnd.uscourts.gov,bowdre_chambers@alnd.uscourts.gov,bowdr
e_helpdesk@alnd.uscourts.gov

Subject:Activity in Case 2:06-cv-00590-KOB-RRA Taylor v. Robinson et al "Amended
Complaint"
Content-Type: text/plain***NOTE TO PUBLIC ACCESS USERS*** You may view the filed
documents once without charge. To avoid later charges, download a copy of each
document during this first viewing.U.S. District Court
Northern District of Alabama

Notice of Electronic Filing
The following transaction was entered on 9/28/2006 at 12:46 PM CDT and filed on
9/22/2006

Case Name: Taylor v. Robinson et al
Case Number: 2:06-cv-590 http://ecf.alnd.uscourts.gov/cgi-bin/DktRpt.pl?111696

Document Number: 8
Copy the URL address from the line below into the location bar of your Web
browser to view the document:
http://ecf.alnd.uscourts.gov/cgi-bin/show_case_doc?8,111696,,MAGIC,,,29

Docket Text:
AMENDED COMPLAINT against Robinson, Wallace, Mitchell, Charles Payne, filed by
Robert Taylor.(SMH2, )

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1078951271 [Date=9/28/2006] [FileNumber=925394-0]
[9adcb797e29eeee3792af3e94185a47ffdb6182c1499f467c918568b8b6e5713bb9991bad17c9c0
5c6dec00d37d4a9d3f0a7353fc6e5cecaeaa6f2000bf80dcc]]


2:06-cv-590 Notice will be electronically mailed to:


2:06-cv-590 Notice will be delivered by other means to:
Robert Taylor
130155
Kilby Correctional Facility
Hospital
P.O. Box 150
Mt. Meigs, AL 36057
```