Taylor

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Cynthia Dillard
Alabama Board of Pardons & Paroles
P. O. Box 302405
Montgomery, AL 36130-2405

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Cornell Long
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
6/14/07

dress different from item 1?  ☐ Yes
delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

2:07cv512-MEF (complaint 40 pgs) Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 1160 0001 2556 6612

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Taylor

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Robert Longshore
Alabama Board of Pardons & Paroles
P. O. Box 302405
Montgomery, AL 36130-2405

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Cornell Long
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
6/14/07

dress different from item 1?  ☐ Yes
delivery address below:  ☐ No

☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

2:07cv512-MEF (complaint 40 pgs) Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 1160 0001 2556 6629

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Taylor

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Sidney William
Alabama Board of Pardons & Paroles
P. O. Box 302405
Montgomery, AL 36130-2405

2:07cv512-mEF  Cmp/Order  40 Dys

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Cornell Sony
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 6/14/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0001 2556 6636

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540