IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

_RobeRT TAyloR_
Plaintiff(s)/Petitioner(s)

vs.

CIVIL ACTION NO. 2:07-CV-512-MEF
(To be supplied by Clerk of Court)

_SIDNey William_
Defendant(s)/Respondent(s)

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, _RobeRT TAyloR_, a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed in <u>forma pauperis</u> in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I. <u>BRIEF STATEMENT AS TO THE NATURE OF THE ACTION</u>: _The defendant denied me parole in March of 2006 due to my race_

II. <u>RESIDENCE</u>:
Your address: _Fountain 3800_
    (Street)
_Atmore_        _Al_        _36503_
(City)          (State)     (Zip Code)

III. <u>MARITAL STATUS</u>:
1. Single ✓   Married ___   Separated ___   Divorced ___
2. If married, spouse's full name: _____

IV. <u>DEPENDENTS</u>:
1. Number: _N/A_
2. Relationship to dependent(s): _____
3. How much money do you contribute toward your dependents' support on a monthly basis? $ _____

Revised 4/10/06

V. **EMPLOYMENT**:
   1. Name of employer: _____ N/A _____
      a. Address of employer: _____ N/A _____
                                      (Street)

              (City)        (State)        (Zip Code)
      b. How long have you been employed by present employer?
          Years: _____        Months _____
      c. Income: Monthly $_____ or Weekly $_____
      d. What is your job title? _____ N/A _____

   2. If unemployed, date of last employment: _____ N/A _____
      Amount of salary and wages received per month in last employment: $_____

   3. Is spouse employed? _____ If so, name of employer: _____
_____
      a. Income: Monthly $_____ or Weekly $_____
      b. What is spouse's job title? _____

   4. Are you and/or your spouse receiving welfare aid? _____
      If so, amount: Monthly $_____ or Weekly $_____

VI. **FINANCIAL STATUS**
   1. Owner of real property (excluding ordinary household furnishings and clothing):
      a. Description: _____ N/A _____
      b. Full Address: _____ N/A _____
      c. In whose name: _____ N/A _____
      d. Estimated value -------------------------- $_____
      e. Total amount owed ----------------------- $_____
         Owed to: _____ $_____
                   _____ $_____

      f. Annual income from property ----------------- $_____

   2. Other assets/property, such as automobiles, boats, motor homes, court
      judgments, etc. (If more than two, list information on back):
      a.                     Asset (1)        Asset (2)
         Make & Model:        _____ N/A _____
         In whose name registered?  _____ N/A _____
         Present Value of Asset:   _____ N/A _____
         Amount owed:            _____   _____
         Owed to:                _____   _____
      b. Total cash in banks, savings and loan associations, prisoner accounts,

   financial institutions, other repositories, or anywhere else - $ _____

   c. List monies received by you during the last twelve (12) months, or held for you by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:
   Business, profession or other forms of self-employment - $ _____
   Rent payments, interest or dividends -------------- $ _____
   Pensions, annuities or life insurance payments ------- $ N/A
   Gifts or inheritances ------------------------- $ _____
   Stocks, bonds or notes ----------------------- $ _____
   Tax refunds, Veteran benefits or social security benefits $ _____
   Any other sources ---------------------------- $ _____

3. Obligations:
   a. Monthly rental on house or apartment ----------- $ _____
   b. Monthly mortgage payments on house ----------- $ _____

4. Other information pertinent to your financial debts and obligations:

| (Creditor) | (Total debt) | (Monthly payment) |
|---|---|---|
|  | N/A |  |
| (Creditor) | (Total debt) | (Monthly payment) |
| (Creditor) | (Total debt) | (Monthly payment) |

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (*e.g.* food stamps, family assistance or charitable contributions.)

I recieve maybe $30.00 A month simetimes every two months.

Other (Explain): _____

3

## VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

    I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

*Jun 29 2007*
DATE

*Robert Taylor*
SIGNATURE OF PLAINTIFF/PETITIONER

*Fountain 3800*
ADDRESS
*Atmore Al 36503*

4

VIII.  **FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:**

A financial statement containing all transactions in your prisoner account for the six (6) months immediately preceding the filing of the Complaint <u>must</u> accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

I hereby authorize the agency having custody of me to collect from my prison account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2). I understand that even if I am allowed to proceed in forma pauperis or pay a partial filing fee and even if my case is later dismissed for any reason, I am obligated to pay to the Clerk of the Court the full amount of the filing fee ($350.00 for a civil action, $5.00 for a habeas corpus petition, or $455.00 for an appeal).

_Jun 29 2007_                   _Robert Taylor_
DATE                            SIGNATURE OF PLAINTIFF/PETITIONER


**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _7.79_ on account to his/her credit at _FOUNTAIN CORRECTIONAL CTR_ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____. (Please attach a certified copy of the applicant's account statement showing transactions for the past six months.)

_7-2-07_                        _Valeria Senter_
DATE                            SIGNATURE OF AUTHORIZED OFFICER

5

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
FOUNTAIN CORRECTIONAL CENTER

AIS #: 130155      NAME: TAYLOR, ROBERT                      AS OF: 07/02/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JUL | 29 | $1.10 | $2.29 |
| AUG | 31 | $8.48 | $24.00 |
| SEP | 30 | $2.29 | $0.00 |
| OCT | 31 | $2.29 | $0.00 |
| NOV | 30 | $2.29 | $0.00 |
| DEC | 31 | $2.29 | $0.00 |
| JAN | 31 | $2.29 | $0.00 |
| FEB | 28 | $2.29 | $0.00 |
| MAR | 31 | $2.29 | $0.00 |
| APR | 30 | $2.29 | $0.00 |
| MAY | 31 | $2.29 | $0.00 |
| JUN | 30 | $2.29 | $0.00 |
| JUL | 2 | $2.29 | $0.00 |
|  |  | $2.89 | $2.19 |

Average 12 month balance

Valeria Spates, PMOD Clerk

STATE OF ALABAMA, ESCAMBIA COUNTY, SWORN TO AND SUBSCRIBED BEFORE ME THIS  2nd  DAY OF  July , 2007.

_____, Notary Public

My Commission Expires Aug. 20, 2007

Robert Taylor #130155
Fountain-3800 [I-092-A]
Atmore, AL 36503-3800

United States District Court
Middle district court Clerk
P.O Box-711
Montgomery, AL. 36101-0711

36101+0711

UNITED STATES POSTAGE
$ 00.58⁰
PITNEY BOWES
02 1A
0004309410  JUL 05 2007
MAILED FROM ZIPCODE 36502

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.