IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TAYLOR, #130155, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-512-MEF |
| | ) |
| SIDNEY WILLIAM, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the plaintiff on July 6, 2007 (Court Doc. No. 10), and as the court granted a previous *in forma pauperis* motion filed by the plaintiff, *Order of June 13, 2007 - Court Doc. No. 6*, it is

ORDERED that the instant motion be and is hereby DENIED as moot.

Done this 10th day of July, 2007.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE