```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

**ROBERT TAYLOR, AIS# 130155**
    **Plaintiff,**

        Vs.                              Case #2:07-CV-512-MEF

**SIDNEY WILLIAMS, et al.,**
    **Defendants**

### MOTION FOR ENLARGEMENT OF TIME

Comes now, the Defendants, Sidney Williams, Robert Longshore, and Cynthia Dillard (former Chairman, Board member, and Executive Director, respectively) of the Alabama Board of Pardons and Paroles, and moves the Court for an enlargement of time to file its answer and submits the following in support thereof:

1. Plaintiff challenges the denial of his parole, claiming the decision was based on race.

2. Plaintiff seeks injunctive relief concerning the paroling procedures.

3. A short enlargement will not prejudice the Plaintiff. Nor is the Plaintiff likely to prevail in his claims since Alabama's parole statutes and

procedures have been consistently upheld in State and Federal Court.

4. Further, Defendant needs a short enlargement to procure the necessary affidavits supporting its arguments.

Respectfully submitted,

TROY KING.
ATTORNEY GENERAL
KIN047
GREGORY O. GRIFFIN, SR.
CHIEF COUNSEL
GRI026

s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
   Steve.Sirmon@alabpp.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants, individually:

**ROBERT TAYLOR, AIS# 130155
FOUNTAIN CORRECTIONAL FACILITY
FOUNTAIN 3800
ATMORE, ALABAMA 36503-3800**

Done this 20TH day of JULY, 2007.

Respectfully submitted,

s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Steve.Sirmon@alabpp.gov