IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TAYLOR, 130155 ) | |
| ) | |
| Plaintiff, ) | |
| v.                                                        ) | CASE NO. 2:07-cv-0512-MEF |
| ) | |
| SIDNEY WILLIAMS, *et al.*,              ) | |
| ) | |
| Defendants.                                    ) | |

## **O R D E R**

On October 31, 2007, the Magistrate Judge filed a Recommendation (Doc. #16 ) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The defendants' motion for summary judgment is GRANTED and this case is DISMISSED with prejudice.

3. The costs of this proceeding are taxed against the plaintiff.

DONE this the 26th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE